# EXHIBIT 1

# PUBLIC VERSION

**IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**

**EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE**

| Date | Trade Association Event | Actavis | Apotex | Aurobindo | Citron | Dr. Reddy's | Glenmark | Heritage | Lannett | Mayne | Mylan | Par | Perrigo | Sandoz | Sun | Taro | Teva | West-Ward | Zydus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb. 15-18, 2010 | ECRM EPPS Retail Pharmacy General Pharmaceuticals Conference, Orlando, FL* | | | | | | | | | | | | | | | | | | |
| Feb. 16-18, 2010 | GPhA Annual Meeting, Naples, FL* | X | | | | | | | | | X | X | | X | | | X | | |
| Oct. 19-21, 2010 | GPhA Fall Technical Conf., Bethesda, MD* | | | | | | | | | | X | | | X | X | | X | | |
| Nov. 12, 2010 | HDMA Manufacturer Government Affairs Advisory Committee Meeting* | | | | | | | | | | | | | | | | | | |
| Dec. 5-9, 2010 | ASHP Midyear Meeting, Anaheim, CA* | | | | | | | | | | | | | | | | | | |
| Feb. 16-18-2011 | GPhA Annual Meeting, Orlando, FL | X | | | | | | | | | X | | | X | | | X | | |
| Mar. 6-10, 2011 | ECRM EPPS Retail Pharmacy Conference, Championsgate, FL | X | X | X | X | X | X | | X | | X | X | X | X | X | X | X | X | X |
| 2011 | NACDS Annual Meeting, Scottsdale, AZ | X | X | X | X | X | | | | | X | X | X | X | X | X | X | | X |
| Jun. 5, 2011 | HDMA 2011 Business Leadership Conf., Phoenix, AZ | | X | | X | | | | X | | X | X | | X | X | | X | | X |
| Oct. 3-5, 2011 | GPhA Fall Technical Conf., Bethesda, MD* | | | | | | | | | | | | | | | | X | | |
| Dec. 4-8, 2011 | ASHP Midyear Mtng, New Orleans, LA* | | | | | | | | | | | | | | | | | | |
| Jan. 29 - Feb. 1, 2012 | ECRM EPPS Retail Pharmacy Conference, Atlanta, GA | X | X | X | X | | | X | X | | X | X | X | X | X | | X | X | |
| Feb. 22-24, 2012 | GPhA Annual Meeting, Orlando, FL* | | | | | | | | | | X | X | | X | | | X | | |
| Apr. 24-27, 2012 | NACDS Annual Meeting, Palm Beach, FL | X | X | X | X | X | | | | | X | X | X | X | X | X | X | | X |
| May 22-23, 2012 | GPhA CMC Workshop, Bethseda, MD* | | | | | | | | | | | | | | | | | | |
| Jun. 10, 2012 | HDMA 2012 Business Leadership Conference, San Antonio, TX | X | X | | X | | X | X | | | X | X | | X | X | | X | | X |
| Oct. 1-3, 2012 | GPhA Fall Technical Conf., Bethesda, MD | X | X | X | X | X | X | X | | | X | X | X | X | X | X | X | | X |
| Dec. 2-6, 2012 | ASHP Midyear Meeting, Las Vegas, NV* | | | | | | | | | | | | | | | | | | |
| Feb. 3-5, 2013 | NACDS 2013 Regional Chain Conference | X | | | | | | | | | | | | | | | X | | |
| Feb. 12-13, 2013 | HDMA Specialty Pharmaceutical Supply Chain Issues & Trends Seminar | | | | | | | X | | | X | | | X | | | X | | |

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**

**EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE**

| Date | Trade Assocation Event | Actavis | Apotex | Aurobindo | Citron | Dr. Reddy's | Glenmark | Heritage | Lannett | Mayne | Mylan | Par | Perrigo | Sandoz | Sun | Taro | Teva | West-Ward | Zydus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb. 20-22, 2013 | GPhA Annual Meeting, Orlando, FL | X | X | X |  | X | X | X |  | X | X | X | X | X | X | X | X |  | X |
| Feb. 24-27, 2013 | ECRM 2013 Retail Pharmacy Generic Pharmaceuticals Conference, Dallas, TX | X | X | X |  | X |  | X |  | X | X | X | X | X |  |  | X | X |  |
| Mar. 29, 2013 | HDMA Manufacturer Government Affairs Advisory Committee Meeting* |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Apr. 20-23, 2013 | 2013 NACDS Annual Mtg, Palm Beach, FL | X | X | X |  | X | X |  |  | X | X | X | X | X | X | X |  |  | X |
| May 14-15, 2013 | HDMA Supply Chain Security Seminar, Wilmington, DE |  | X |  |  |  |  |  |  |  |  |  | X |  |  | X |  |  |  |
| Jun. 2-5, 2013 | HDMA 2013 Business & Leadership Conference, Orlando, FL | X | X | X | X | X | X | X | X | X | X |  | X | X |  |  | X | X | X |
| Jun. 4-5, 2013 | GPhA CMC Workshop, Bethseda, MD | X | X | X | X | X | X | X | X | X | X | X |  | X | X | X |  |  | X |
| Aug. 10-13, 2013 | NACDS 2013 Total Store Expo, Las Vegas, NV | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |  |
| Sept. 29 - Oct. 2, 2013 | HDMA 2013 Annual Board & Membership Meeting, White Sulphur Springs, WV |  | X |  |  |  |  |  |  | X |  |  |  |  |  |  | X |  |  |
| Oct. 21, 2013 | HDMA Contracts & Chargebacks Working Group, Wilmington, DE* |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Oct. 28-30, 2013 | GPhA Fall Technical Conf., Bethesda, MD | X | X | X |  | X | X | X | X | X | X | X | X | X | X | X |  |  | X |
| Nov. 13, 2013 | HDMA Manufacturer Government Affairs Advisory Committee Meeting* |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Dec. 1, 2013 | NACDS Week in New York, NY | X | X |  |  |  |  |  |  | X |  |  | X | X |  |  | X |  |  |
| Dec. 3, 2013 | NACDS 2013 Foundaion Dinner, NY, NY | X | X |  |  |  |  |  |  | X |  |  | X | X |  |  | X |  |  |
| Feb. 2-4, 2014 | NACDS 2014 Regional Chain Conference |  |  |  |  |  |  |  |  | X |  |  |  |  |  |  | X |  |  |
| Feb. 19-21, 2014 | GPhA Annual Meeting, Orlando, FL | X | X | X |  | X |  | X |  | X | X | X | X | X | X | X | X |  | X |
| Feb. 23-26, 2014 | ECRM 2014 Retail Pharmacy EPPS, Amelia Island, FL | X | X |  | X | X |  | X | X | X | X | X | X | X | X |  | X | X |  |
| Feb. 23-27, 2014 | ECRM Hospital, GPO & LTC Pharmaceutical | X |  |  |  |  |  |  |  |  | X | X |  |  |  |  |  |  |  |

2

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**

**EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE**

| Date | Trade Association Event | Actavis | Apotex | Aurobindo | Citron | Dr. Reddy's | Glenmark | Heritage | Lannett | Mayne | Mylan | Par | Perrigo | Sandoz | Sun | Taro | Teva | West-Ward | Zydus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apr. 1, 2014 | HDMA Annual CEO Roundtable, NY, NY | X | X | X | X | | | | | X | X | X | X | | | X | X | | |
| Apr. 26-29, 2014 | NACDS 2014 Annual Meeting, Scottsdale, AZ | X | X | X | X | X | X | X | | | X | X | X | X | X | X | X | | X |
| May 12-15, 2014 | MMCAP 2014 National Member Conference, Bloomington, MN | X | X | X | | | X | X | | X | X | X | X | | | X | X | | |
| Jun. 1-4, 2014 | HDMA 2014 Business & Leadership Conference, Phoenix, AZ | X | X | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | |
| Jun. 3-4, 2014 | GPhA CMC Workshop, Bethseda, MD | X | X | | | X | X | X | X | | X | X | X | X | X | X | X | | X |
| Aug. 23-26, 2014 | NACDS 2014 Total Store Expo, Boston, MA | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sept. 16-18, 2014 | LogiPha Supply Chain Conf., Princeton, NJ | X | | | | | | | | | | | | X | X | X | | | |
| Sept. 27 - Oct. 1, 2014 | HDMA 2014 Annual Board & Membership Meeting, Laguna Beach, CA | X | X | | | | | | | X | | | | | | X | | | X |
| Oct. 27-29, 2014 | GPhA Fall Technical Conf., Bethseda, MD | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| Dec. 1, 2014 | NACDS Week in New York, NY | X | X | | | | | | | X | | X | X | | | X | | | |
| Dec. 3, 2014 | NACDS 2014 Foundation Dinner, NY, NY | X | X | | | | | | | X | | X | X | | | X | | | |
| Dec. 9, 2014 | American Society of Health System Pharmacists (ASHP) Conference | | | | | | X | | X | | | | | | | | | | |
| Feb. 1-3, 2015 | NACDS 2015 Regional Chain Conference | X | | | | | | | | X | | | | | | | | | |
| Feb. 9-11, 2015 | GPhA Annual Meeting, Miami Beach, FL | X | X | X | | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| Feb. 13, 2015 | HDMA Manufacturer Government Affairs Advisory Committee Meeting | X | | | | | | | | | | | | X | | X | | | |
| Feb. 16-18, 2015 | HCSCA National Pharmacy Forum, Tampa, FL | X | | | | | | | | X | | | | | | X | X | X | |
| Feb. 22-25, 2015 | ECRM 2015 Retail Pharmacy Generic Pharmaceuticals EPPS, Destin, FL | X | X | X | X | X | | X | X | X | | X | X | X | | X | X | X | X |
| Apr. 14, 2015 | HDMA 2015 Annual CEO Roundtable Fundraiser, New York, NY | X | | | | | | | | X | X | | X | X | | X | | | |
| Apr. 14, 2015 | HDMA 2015 Center for Healthcare Supply Chain Research Board of Directors Meeting | X | | | | | | | | X | | | | | | X | | | |
| Apr. 25-28, 2015 | NACDS 2015 Annual Mtg, Palm Beach, FL | X | X | X | X | X | X | | | | X | X | X | X | X | X | X | X | X |

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**

**EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE**

| Date | Trade Assocation Event | Actavis | Apotex | Aurobindo | Citron | Dr. Reddy's | Glenmark | Heritage | Lannett | Mayne | Mylan | Par | Perrigo | Sandoz | Sun | Taro | Teva | West-Ward | Zydus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun. 7-10, 2015 | HDMA 2015 Business & Leadership Conference, San Antonio, TX | X | X | X | X | X | X | X | X | | X | X | | X | X | | X | X | X |
| Jun. 9-10, 2015 | GPhA CMC Workshop, Bethseda, MD | X | X | | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| Aug. 22-25, 2015 | NACDS 2015 Total Store Expo, Denver, CO | X | X | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sept. 27-30, 2015 | HDMA 2015 Annual Board Meeting | | X | | | | | | | X | | | | | | | X | | |
| Oct. 14, 2015 | HDMA Track & Trace Working Group Mtg* | | | | | | | | | | | | | | | | | | |
| Oct. 21-22, 2015 | HDMA Research Foundation 2015 Specialty Pharmaceutical Seminar | | X | | | | | | | X | | | | | | | | | |
| Nov. 2-4, 2015 | GPhA Fall Technical Conf., Bethesda, MD | X | X | X | X | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| Dec. 1, 2015 | NACDS 2015 Week in New York, NY | X | X | | | | X | | | X | | | X | X | | | X | | |
| Dec. 3, 2015 | NACDS 2015 Foundation Reception, NY, NY | X | X | | | | | | | X | | | | X | | | X | | |
| Feb. 7-9, 2016 | NACDS 2016 Regional Chain Conference | X | | | | | | | | | | | | | | | X | | |
| Feb. 8-10, 2016 | HDMA Nat'l Pharmacy Forum, Scottsdale, AZ | X | | | | | X | X | | X | X | | | | X | X | X | X | |
| Apr. 11-14, 2016 | MMCAP 2016 National Member Conference, Minneapolis, MN | | | | | | | | | X | | | X | X | | | X | X | |
| Apr. 12, 2016 | HDMA 8th Annual CEO Roundtable, NY,NY | | | | | | | | | X | | | | | X | | | | |
| Apr. 12, 2016 | HDMA 2016 Center for Healthcare Supply Chain Research Board of Directors Meeting | | | | | | | | | X | | | | | | | | X | X |
| Apr. 16-19, 2016 | NACDS 2016 Annual Mtg, Palm Beach, FL | | X | X | X | X | X | | | X | X | X | X | X | X | X | X | X | X |
| Jun. 12-15, 2016 | HDMA 2016 Business & Leadership Conference, Colorado Springs, CO | | X | | | X | X | X | X | X | X | | | X | X | | X | X | X |
| Jun. 17-19, 2016 | ECRM Hospital & Alternate Site Pharmacy - Branded & Generic Pharmaceuticals EPPS* | | | | | | | | | | | | | | | | | | |
| Jul. 22, 2016 | HDMA Manufacturer Government Affairs Advisory Committee* | | | | | | | | | | | | | | | | | | |
| Aug. 6-9, 2016 | NACDS 2016 Total Store Expo, Boston, MA | | X | | | X | X | X | X | | X | X | X | X | X | X | X | X | X |
| Aug. 19-22, 2016 | NACDS 2016 Total Store Expo, San Diego, CA | X | | | | | | X | | | X | X | X | X | | | X | X | |

4

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

**IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**

**EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE**

| Date | Trade Assocation Event | Actavis | Apotex | Aurobindo | Citron | Dr. Reddy's | Glenmark | Heritage | Lannett | Mayne | Mylan | Par | Perrigo | Sandoz | Sun | Taro | Teva | West-Ward | Zydus |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug. 20, 2015 | HDMA Contracts & Chargebacks Working Group Meeting* | | | | | | | | | | | | | | | | | | |
| Sept. 25-28, 2016 | HDMA 2016 Annual Board & Membership Meeting, Sulphur Springs, WV | | X | | | | | | | X | | | | | | X | | X | |
| Dec. 1, 2016 | NACDS 2016 Week in New York, NY | | X | | | | | | | X | | | X | | | X | | X | |
| Dec. 3, 2016 | NACDS 2016 Foundation Reception, NY, NY | | X | | | | | | | | | | X | | | X | | X | |
| | * = Attendee list unavailable | | | | | | | | | | | | | | | | | | |

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

**Trade Association Meeting Individual Attendance**

**NACDS 2013 Regional Chain Conference** – (February 3-5, 2013):

    a.    **Actavis:** Michael Baker, Executive Vice President, Trade and Sales Department, Executive Vice President, Trade Sales and Development; Paul Reed, Senior Director, Trade Sales and Development; and

    b.    **Teva:** Theresa Coward, Senior Director Sales and Trade Relations.

**GPhA Annual Meeting** – Orlando, Florida (February 20-22, 2013):

    a.    **Actavis:** Sigurdur Olafsson, President;

    b.    **Mylan**: Anthony Mauro, President;

    c.    **Teva**:  Allan Oberman, President and CEO; and

    d.    **Sandoz**: Don DeGolyer, President.

**ECRM Retail Pharmacy Generic Pharmaceuticals Conference** – Sheraton Dallas Hotel in Dallas, Texas (February 24-27, 2013):

    a.    **Actavis:** ██████████████████████████████████████

    b.    **Apotex**: ████████████████████████████████████████

    c.    **Aurobindo**: ██████████████████████████████████████

    d.    **Dr. Reddy's:** ████████████████████████████████████

    e.    **Heritage**: █████████████████████████████████████

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

f.   **Par:** ███████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████

g.   **Perrigo:** ███████████████████████████████
███████████████████████████████████

h.   **Sandoz**: ████████████████████████████████
███████████████████████████████████████████████
█████████████████████

i.   **Sun:** ██████████████████████████████████
█████████████

j.   **Taro:** ██████████████████████████████████
███████████████████

k.   **West-Ward:** ██████████████████████████████
and

l.   **Zydus**: █████████████████████████████████
███████████████

**NACDS 2013 Annual Meeting** – Sands Expo Convention Center, Palm Beach, Florida (April 20-23, 2013):

a.   **Actavis**: Andrew Boyer, President and CEO, North America Generics; Sigurdur Olafsson, President, Global Generics Medicines; Robert Stewart, Chief Operating Officer; Michael Baker, Executive Vice President, Trade and Sales Department; Vivek Bachhawat, Vice President, Pacific; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Development; John Shane, Director, Trade Relations; Allan Slavsky, Sales Consultant;

b.   **Apotex**: Corey Anquetil, Director Strategic Sales, North America; Buddy Bertucci, Vice President, Institutional Sales; Sam Boulton, Director, National

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

Accounts; Lyndon Johnson, Senior Vice President, Sales and Marketing; Jeff Watson, President Global Generics; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; David Kohler, Vice President and General Manager; Peter Hardwick, Senior Vice President, Sales and Marketing, Canada; Eric Organ, Vice President, Commercial Operations;

c.   **Aurobindo**: Robert Cunard, CEO; James Grauso, Executive Vice President, North America Commercial Operations;

d.   **Dr. Reddy's**: John Adams, Senior Vice President, Sales and Marketing; Jeff Burd, Vice President, Sales and Marketing; Gary Benedict, Executive Vice President;

e.   **Glenmark**: Jim Brown, Vice President, Sales; Mitchell Blashinsky, Vice President, Sales and Marketing; Paul Dutra, Executive Vice President;

f.   **Mylan**: Joseph Duda, President; Robert Potter, Senior Vice President, National Accounts and Channel Development, Senior Vice President of National Accounts and Channel Development; Anthony Mauro, Chief Commercial Officer; James Nesta, Vice President of Sales; Jeffrey May, Vice President, North America Product Strategy;

g.   **Par**: Jon Holden, Vice President of Sales; Paul Campanelli, President; Michael Altamuro, Vice President Marketing and Business Analytics; Renee Kenney, Senior Advisor, Generic Sales; Scott Littlefield, Trade Director; Brent Bumpas, National Account Director, Trade;

h.   **Perrigo:** Doug Boothe, President Generics Division, Impax; Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Joseph Papa, Chairman and CEO; Christian Strong, Senior Vice President, Diabetes Care; Jim Tomshack, Senior Vice President, Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Philip Willis, Innovation and Marketing Strategy;

i.   **Sandoz**: Don DeGolyer, CEO; Jeff George, Global Head of Sandoz; Richard Tremonte, Senior Vice President, Global Generic Pharmaceuticals; Samuele Butera, Vice President and Head, Biopharmaceuticals; Dave Picard, Vice President, Biosimilars and Injectables;

j.   **Sun:** GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Bill Everett, National Trade Account Manager;

k.   **Taro**: Jim Kedrowski, Interim CEO; Ara Aprahamian, Vice President Sales and Marketing; Michael Perfetto, Chief Commercial Officer, Generics Rx OTC, US and Canada; Carlton Holmes, Vice President Marketing; Elizabeth Ivey, Vice President, Sales and Marketing;

8

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

l.   **Teva**: Jeremy Levin, President and CEO; Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; Allan Oberman, President and CEO Teva Americas Generics; Jonathan Kafer, Executive Vice President, Sales and Marketing; Barry Fishman, President and CEO, Teva Canada; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; David Marshall, Vice President of Operations; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Teva Canada; and

m.   **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing.

**HDMA 2013 Business and Leadership Conference** – Orlando, Florida (June 2-5, 2013):

a.   **Actavis**: Andrew Boyer, President and CEO, North America Generics, Marc Falkin, Vice President of Purchasing; Maureen Barrett, Director of National Accounts; Anthony Giannone, National Accounts Director;

b.   **Apotex**: Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; James Van Lieshout, Vice President, Sales; David Rekenthaler, National Accounts Director; Jane Williams, Vice President Specialty Generic Sales;

c.   **Aurobindo**: Julie Faria, Senior Manager, Sales Operations and Contact Administration;

d.   **Citron**: Karen Strelau, Vice President, Sales; Laura Short, Associate Vice President, Sales;

e.   **Dr. Reddy's:** Victor Borelli, Vice President and Head, National Accounts, North America Generics; Michael Burton, Director National Accounts, Health Systems; Joshua Hudgens, Director of Purchasing; Patricia Wetzel Senior Director, National Accounts;

f.   **Glenmark**: Christopher Bihari, Director National Accounts;

g.   **Heritage**: Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager;

h.   **Lannett**: Kevin Smith, Vice President of Sales; Grace Wilks, Director, Sales and Marketing; Tracy Sullivan, Director of National Accounts; Robert Foley, Marketing Manager;

i.   **Mylan**: Janet Bell, National Accounts Director; Joseph Duda, Vice President, North America Sales Operations and Customer Excellence; Edgar Escoto, National Accounts Director; Kevin McElfresh, Executive Director, National

9

Accounts; James Nesta, Vice President of Sales; Robert O'Neill, Vice President; Sean Reilly, Key Account Manager; John Shane, Director of National Trade Accounts; Gary Tighe, National Accounts Director; Lance Wyatt, National Accounts Director; Michael Aigner, Director, National Accounts; John Baranick, Director, Trade Relations; Danielle Barill, Director, Sales Support and Customer Relations; Andrew Dobbs, Manager, Supplier Trade Relations; Richard Isaac, Senior Manager, Strategic Accounts; Christopher Neurohr, Director, National Accounts;

j.    **Par**: Jon Holden, Vice President of Sales; Sandra Bayer, National Accounts Manager; Peter Gargiulo, Director, National Accounts; Christopher Neurohr, Director, National Accounts; John Bullock, National Accounts Director;

k.    **Sandoz**: Alan Ryan, Associate Director, National Accounts; Dawn Doggett, National Trade Affairs Executive, Managed Markets;

l.    **Sun**: Scott Littlefield, Trade Director, National Account Director; Daniel Schober, Associate Vice President, Trade Sales; David Moody, CEO, Mutual; David Simoneaux, Marketing Coordinator, Mutual;

m.    **Teva**: Theresa Coward, Senior Director, National Sales; Sal Cuomo, Trade Account Director; Jeffrey Herzfeld, Senior Vice President, Commercial Operations and America Strategy; Jessica Peters, National Accounts Manager; Teri Sherman, National Accounts Director; Christine Baeder, Senior Director Customer Operations; Maureen Barrett, Director, National Accounts; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Marc Falkin, Vice President, Purchasing; Christopher Doerr, Director Trade Relations;

n.    **West-Ward**: Mark Boudreau, Executive Director of National Sales; Paul Kersten, Vice President, Sales and Marketing; Neal Gervais, National Account Director; John Kline, National Account Director; Joseph Ruhmel, National Account Director; Marik Soudreau, Executive Director, National Sales; Steven Snyder, National Account Director; and

o.    **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Marc Kikuchi, Senior Vice President, Global Generics; Phyllis Kidder, Senior Vice President, Global Generics; Kristy Ronco, Associate Vice President, National Accounts.

**GPhA CMC Workshop** – Bethesda, Maryland (June 4-5, 2013):

a.    **Apotex**: Kiran Krishnan, Vice President, Regulatory Affairs;

b.    **Perrigo**: Richard Stec, Vice President Global Regulatory Affairs; and

c.    **Sandoz**: Alison Sherwood, Associate Director, Regulatory Affairs.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

**NACDS 2013 Total Store Expo** – Sands Expo Convention Center, Las Vegas, Nevada (August 10-13, 2013):

a.   **Actavis**: Michael Baker, Executive Vice President, Trade and Sales Department; Andrew Boyer, President and CEO, North America Generics; Napolean Clark, Vice President of Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Anthony Giannone, National Accounts Director; Megan Gorman, Senior Marketing Manager; Maureen Meehan, Director of National Accounts; Cindy Stevens, Director of National Accounts; Nancy Baran, Director, Customer Relations; Kathleen Conlon, Director, Contract Administration; Lisa Fiveash, National Account Representative; Rob Hooper, Senior Marketing Manager; Richard Rogerson, Senior Director, New Products; Allan Slavsky, Sales Consultant; Michael Reed, Executive Director, Trade Relations; Paul Reed, Senior Director, Trade Sales and Development; John Shane, Director, Trade Relations; Michael Dorsey, Director, National Accounts;

b.   **Apotex**: Tom Axner, National Sales Director, Distribution; Tim Berry, National Account Manager; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Sam Boulton, Director, National Accounts; Jeffrey Hampton, Senior Vice President and National Manager, US and Latin America; Niki Hinman Smock, National Account Manager; David Kohler, Vice President and General Manager; Chirag Patel, Marketing Director, National Accounts; Shannon Price, Senior Marketing Director; Bob Simmons, National Accounts Director; Debbie Veira, National Accounts Manager; Pat Walden, Senior Marketing Manager; Corey Anquetil, Director, Strategic Sales National Accounts; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; Tina Kaus, National Accounts Director; James Van Lieshout, Senior Director, Commercial Operations; Pat Walden, Senior Marketing Manager;

c.   **Aurobindo**: Stuart Blake, Director, National Accounts; Robert Cunard, CEO; Patrick Santangelo, Senior Director, Sales; Anthony Thomassey, Director National Accounts;

d.   **Citron**: Vimal Kavuru, CEO;

e.   **Dr. Reddy's**: Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Nimish Muzumdar, Director of Marketing; Larry Knupp, Director of National Accounts; Gary Benedict, Executive Vice President; Umang Vohra, Executive Vice President and Head of North America Generics;

f.   **Glenmark**: Jim Brown, Vice President, Sales; Mitchell Blashinsky, Vice President, Sales and Marketing; Paul Dutra, Executive Vice President; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales; Stephanie Picca, Manager, Sales and

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

Marketing; Terry Coughlin, Executive Vice President and Chief Operating
Officer;

g.  **Heritage**: Allen Dunehew, President and CEO; Matt Edelson, Senior Director of
Sales; Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Neal O'Mara,
National Accounts Manager; Anne Sather, National Account Manager; Gina
Gramuglia, Commercial Operations;

h.  **Lannett**: Arthur Bedrosian, President and CEO; William Schreck, Chief
Operating Officer; Justin McManus, Director, National Accounts; Kevin Smith,
Vice President, Sales and Marketing; Tracy Sullivan, National Accounts
Manager; Lauren Carotenuto, National Accounts Representative; Michael Block,
Business Development Manager;

i.  **Mylan**: James Nesta, Vice President of Sales; Michael Aigner, Director, National
Accounts; Joseph Duda, President; Kevin McElfresh, Executive Director,
National Accounts; Robert O'Neill, Vice President; Robert Potter, Senior Vice
President, North America and Channel Development; Lance Wyatt, National
Accounts Director; Matt Cestra, Senior Director Marketing; Rodney Emerson,
Director, Pricing and Contracts; Edgar Escoto, National Accounts Director;
Stephen Krinke, National Accounts Manager; Damon Pullman, West Regional
Account Manager; Sean Reilly, Key Account Manager; John Baranick, Director,
Trade Relations; Shane Bartolo, Senior Specialist, Sales Administration; Vive
Bridges, Senior Director of Global Events; Martin Fletcher, Senior Director,
Commercial Business and Purchasing; Ron Graybill, Vice President Managed
Markets; Adrienne Helmick, Associate Product Manager, Marketing; Chad
Holland, Vice President, Commercial Operations; Heather Paton, Vice President
Sales; Bipan Singh, Director, Marketing; Tom Theiss, Director, Trade Relations;
Christine Waller, Senior Manager, North America Communications;

j.  **Par**: Jon Holden, Vice President of Sales; Michael Altamuro, Vice President
Marketing and Business Analytics; Renee Kenney, Senior Advisor, Generic Sales,
Senior Advisor Generic Sales; Karen O'Connor, Vice President, National
Accounts; Rick Guillory, Vice President of National Accounts; Gerald Burton,
Vice President of National Accounts; Christine Caronna, Director National
Accounts; Rich Franchi, Vice President, Sales; Kim Rothofsky, Senior Director,
Trade Relations; Scott Littlefield, Trade Director; Brent Bumpas, National
Account Director, Trade; Kevin O'Brien, Senior Director Payer Markets; Warren
Pefley, Vice President, Sales and Marketing; Charles "Trey" Probst, Vice
President; Kelly Bachmeier, Director, National Accounts; Sandra Bayer, Senior
Director, National Accounts; James Burnett, National Accounts Manager; Walter
Busbee, Director National Accounts; Lori Minnihan, Associate Director, Trade
Pricing Operations; Spike Pannell, National Account Manager; Sandra Parker,
Deputy Compliance Officer; Michael Reiney, Vice President, Purchasing; Jeremy
Tatum, Director, Market Insights; Darren Hall, Director, National Accounts;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

k.    **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Christian Strong, Senior Vice President, Diabetes Care; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Philip Willis, Innovation and Marketing Strategy; Tom Cotter, Vice President, OTC Marketing; Andrea Felix, National Account Executive; Kara Goodnature, Marketing Manager; Ori Gutwarg, National Account Executive; Pete Haakenstad, National Account Manager; Larry Hudson, Animal Health; H. James Booydegraaff, Associate Director, Marketing; Andy Kjeelberg, Vice President, Consumer Healthcare Sales; John Klingenmeyer, Vice President, Consumer Healthcare Sales; Shelley Kocur, Senior Director, Service and Customer Supply Chains; Elizabeth Lowney, Strategic and Pipeline Plan Manager; Katie McCormack, National Account Manager; Richard McWilliams, Senior Vice President and General Manager; Kristine Milbocker, Trade Relations Planner; Troy Pelak, Vice President, Consumer Healthcare Sales; Tony Polman, National Account Executive; Neal Wilmore, Vice President Commercial Operations, Animal Health; Michael Yacullo, Vice President, Consumer Healthcare Sales; Tom Zimmerman, Vice President and General Manager;

l.    **Sandoz**: Peter Goldschmidt, President Sandoz US and Head North America; Armando Kellum, Vice President, Sales and Marketing; Paul Krauthauser, Senior Vice President, Sales and Marketing; Della Lubke, National Account Executive; Steven Greenstein, Director, Key Customers; Christopher Bihari, Director, Key Customers;  Anuj Hasija, Executive Director, Key Customers;

m.    **Sun:** William Everett, National Trade Account Manager; Wayne Fallis, Director, National Accounts; Steven Goodman, Director Marketing, Generics; Susan Knoblauch, Senior Manager, Sales; GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Grace Shen, Vice President, Marketing; Steven Smith, Senior Director of Sales; Christopher Bihari, Director, Key Customers;

n.    **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Sheila Curran, Vice President, Sales Operations; Howard Marcus, Vice President Sales and Marketing; Michael Perfetto, Group Vice President and Chief Commercial Officer of the Generic Rx Business; Doug Statler, Senior Director, Head of Sales; Elizabeth Guerrero, Director, Corporate Accounts, Managed Care; Carlton Holmes, Vice President Marketing; Tim Kiernan, Director of Marketing Analytics;

o.    **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Allan Oberman, President and CEO Teva Americas Generics; Jennifer Chang, Director, Marketing; Scott Goldy, Director, National Accounts; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Christopher Doerr, Senior Director, Trade Operations; Kevin Green, Associate Vice President, National Accounts; Jeffrey Herzfeld, Senior Vice President, US Specialty Medicines;

13

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

Jonathan Kafer, Executive Vice President, Sales and Marketing; Kayla Kelnhofer, National Account Executive; Jennifer King, Director, New Product Marketing; David Marshall, Vice President of Operations; Jerry Moore, Director, State Government Affairs; Teri Sherman, Director National Accounts; Jason Nagel, Associate Director; John Wodarczyk, Director, Customer Relations;

p.   **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Tareq Darwazeh, National Accounts Senior Manager; Paul Markowitz, Director, National Accounts; Ernesto Cividanes, Manager, Trade Relations; and

q.   **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President Sales and Marketing; Elizabeth Purcell, Senior Director, Marketing and Portfolio Management; Ganesh Nyak, Chief Operating Officer and Executive Director; Daniel Lukasiewicz, Senior Manager, Marketing Operations; Sharvil Patel, Deputy Managing Director.

**HDMA 2013 Annual Board and Membership Meeting** – White Sulphur Springs, West Virginia (September 29 – October 2, 2013):

a.   **Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales, Retail Division; Jeff Watson, President;

b.   **Mylan**: Joseph Duda, President; Anthony Mauro, Senior Vice President; Robert O'Neill, Vice President, Commercial Operations; Robert Potter, Senior Vice President, North America; Robert Tighe, CFO; and

c.   **Teva**: Robert Tighe, Chief Financial Officer, North America; Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations.

**NACDS 2013 Foundation and Reception Dinner** – New York, New York (December 3, 2013):

a.   **Actavis**: Andrew Boyer, President and CEO, North America Generics; Marc Falkin, Senior Vice President, Sales; Anthony Giannone, Executive Director, Sales; Paul Reed, Senior Director, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations; John Shane, Director, Trade Relations;

b.   **Apotex**: Jeff Watson, President, Global Generics; Tim Berry, National Account Manager; Sam Boulton, Director of National Accounts; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; James Van Lieshout, Senior Director, Commercial Operations;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

c.   **Mylan**: Joseph Duda, President; Robert Potter, Senior Vice President North America National Accounts and Channel Development; Rob O'Neill, Head of Sales; Dave Workman, Vice President, Strategic Pricing and Contracts; James Nesta, Vice President of Sales;

d.   **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales;

e.   **Sandoz**: Peter Goldschmidt, President Sandoz US and Head North America; Armando Kellum, Vice President, Sales and Marketing; Kirko Kirkov, Executive Director, Key Customers; Dave Picard, Vice President, Biosimilars and Injectables; and

f.   **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; David Marshall, Vice President of Operations.

**GPhA Annual Meeting** – Orlando, Florida (February 19-21, 2014):

a.   **Apotex**: Jeff Watson, President, North America;

b.   **Mylan**: Andrew Miller, Senior Vice President, Head of Global Complex Products Operations; Marcie McClintic Coates, Vice President and Head of Global Regulatory Affairs; Anthony Mauro, President;

c.   **Sandoz**: Carlos Sattler, Vice President, Clinical Development and Medical Affairs; and

d.   **Teva**: Allan Oberman, President and CEO.

**ECRM Retail Pharmacy Efficient Program Planning Session** – Omni Amelia Island Plantation Resort, Amelia Island, Florida (February 23-26, 2014):

a.   **Actavis**: ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

b.   **Apotex**: ███████████████████████████████████████████████████████████████████████████████████████

c.   **Citron**: ███████████████████████████████████████████████████

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

a.     **Dr. Reddy's**: ███████████████████████████████████

d.     **Heritage**: █████████████████████████████████████

e.     **Lannett**: ███████████████████████████████████████

f.     **Par:** ██████████████████████████████████████████

g.     **Perrigo:** ████████████████████████████████████████

h.     **Sandoz**: ████████████████████████████████████████

i.     **Sun:** ████████████████████████████████████████████

j.     **Taro:** ███████████████████████████████████████████

k.     **West-Ward:** ██████████████████████████████████ and

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

l.    **Zydus**: ██████████████████████████████████
██████████████████████████████████████████
████████████ ██ ██████ ██ ████████ ██ ██████ ██ ██████████
████████████████

**HDMA Sixth Annual CEO Roundtable Fundraiser** – New York, New York (April 1, 2014):

a.    **Actavis**: Andrew Boyer, Senior Vice President, US Generics Sales and Marketing; Napolean Clark, Executive Director, US Generics Marketing; Marc Falkin, Vice President, Marketing, Pricing, and Contracts; Anthony Giannone, Executive Director, Sales; Rick Rogerson, Director, Pricing;

b.    **Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Senior Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales; Jeff Watson, President, US and Canada Commercial;

c.    **Aurobindo**: Robert Cunard, CEO; Paul McMahon, Senior Director Commercial Operations;

d.    **Citron**: Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

e.    **Mylan**: Joseph Duda, President; Hal Korman, Executive Vice President and Chief Operating Officer; Anthony Mauro, Senior Vice President, and President of North America; James Nesta, Vice President of Sales; Robert Potter, Senior Vice President, North America National Accounts and Channel Development; Joseph Zenkis, Vice President, North America Sales and Channel Strategy;

f.    **Sandoz**: Anuj Hasija, Executive Director, Key Accounts; Armando Kellum, Vice President, Contracts, Pricing, and Business Analytics; Kirko Kirkov, Executive Director, Key Accounts; Scott Smith, Vice President, Commercial Operations; and

g.    **Teva**: Maureen Cavanaugh, Senior Vice President, Sales and Marketing; Christopher Doerr, Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President, US Trade Relations, Specialty Medicines; David Rekenthaler, Generic Sales.

**NACDS 2014 Annual Meeting** – Scottsdale, Arizona (April 26-29, 2014):

a.    **Actavis**: Andrew Boyer, President and CEO, North America Generics; Marc Falkin, Vice President of Purchasing; Sigurdur Olafsson, President; Paul Reed, Senior Director of Trade and Sales Development; Robert Stewart, Chief Operating Officer; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Michael Reed, Executive Director, Trade Relations; John Shane, Director, Trade Relations;

17

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

b.  **Apotex**: Jeff Watson, President, Global Generics; Sam Boulton, Director of National Accounts; Jeremy Desai, President and CEO; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; David Kohler, Vice President and General Manager; Corey Anquetil, Director, Strategic Sales North America; Buddy Bertucci, Vice President, Institutional Sales; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; James Van Lieshout, Sr. Director, Commercial Operations; Peter Hardwick, Senior Vice President, Sales and Marketing, Canada;

c.  **Aurobindo**: Robert Cunard, CEO; Paul McMahon, Senior Director Commercial Operations;

d.  **Citron**: Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

e.  **Dr. Reddy's**: Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Michael Allen, Vice President and Head, Rx Products, North America Generics; Milan Kalawadia, Vice President, OTC Division;

f.  **Glenmark**: Jim Brown, Vice President of Sales; James Grauso, Executive Vice President, North America Sales;

g.  **Heritage**: Jeffrey Glazer, CEO;

h.  **Mylan**: Joseph Duda, President; Anthony Mauro, Chief Commercial Officer; James Nesta, Vice President of Sales; Hal Korman, Executive Vice President and Chief Operating Officer; Robert Potter, Senior Vice President, North America and Channel Development; Rob O'Neill, Head of Sales; John Munson, Vice President Global Accounts Mylan;

i.  **Par**: Jon Holden, Vice President of Sales; Paul Campanelli, President; Renee Kenney, Senior Advisor, Generic Sales; Scott Littlefield, Trade Director; Brent Bumpas, National Account Director, Trade; Michael Altamuro, Vice President, Marketing and Business Analytics; Antonio Pera, Chief Commercial Officer;

j.  **Perrigo**: Doug Boothe, President Generics Division, Impax; Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Andy Kjellberg, Vice President, Consumer Healthcare Sales; Jeff Needham, Executive Vice President and General Manager, Consumer Healthcare; Tony Polman, National Account Executive;

k.  **Sandoz**: Peter Goldschmidt, President Sandoz, US and Head, North America; Steven Greenstein, Director, Key Customers; Anuj Hasija, Executive Director

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

Key Customers; Armando Kellum, Vice President, Sales and Marketing; Kirko Kirkov, Executive Director, Key Customers; Scott Smith, Vice President Sales and Marketing; Dave Picard, Vice President, Biosimilars and Injectables; Claude Dupuis, Director of Corporate Accounts Ontario and Western Canada; Jacquelin Gagnon, Vice President, Sales and Marketing, Canada; Michel Rubidoux, President and General Manager, Canada;

l.  **Sun**: GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Steve Smith, Senior Director of Sales; Steven Goodman, Director Marketing, Generics;

m.  **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Commercial Officer Generic RX, OTC, US and Canada; Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Michael Perfetto, Chief Commercial Officer for Generic RX, OTC; Elizabeth Ivey, Vice President, Sales and Marketing;

n.  **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Officer, North America Generics; Allan Oberman, President and CEO Teva Americas Generics; Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; David Marshall, Vice President of Operations; Michael Reid, Vice President, Corporate and Retail Sales; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Canada; and

o.  **Zydus**: Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Scott Goldy, Director, National Account; Kevin Green, Vice President, National Accounts.

**MMCAP 2014 National Member Conference** – Bloomington, Minnesota (May 12-15, 2014):

a.  **Actavis:** Mark Blitman, Executive Director of Sales for Government Markets;

b.  **Apotex:** Bob Simmons, National Account Director;

c.  **Lannett**: Tracy Sullivan, National Account Manager;

d.  **Mylan**: Janet Bell, Director, National Accounts;

e.  **Heritage**: Anne Sather, National Account Manager;

f.  **Par**: Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Jon Holden, Vice President of Sales; Karen O'Connor, Vice President, National Accounts;

g.  **Perrigo**: Pete Hakenstad, National Account Manager;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

h.   **Teva**: Nick Gerebi, National Account Manager; and

i.   **West-Ward**: Mark Boudreau, Executive Director of National Sales.

**HDMA 2014 Business and Leadership Conference** – JW Marriott Desert Ridge, Phoenix, Arizona (June 1-4, 2014):

a.   **Actavis**: Maureen Barrett, Director of National Accounts; Marc Falkin, Vice President of Purchasing; John Fallon, Director of National Accounts; Anthony Giannone, National Accounts Director; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Richard Rogerson, Executive Director Pricing and Business Analytics;

b.   **Apotex**: Bob Simmons, National Account Director; Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; Tina Kaus, National Accounts Director; James Van Lieshout, Vice President, Sales; David Rekenthaler, National Accounts Director; Jane Williams, Vice President Specialty Generic Sales;

c.   **Aurobindo:** Julie Faria, Senior Manager, Sales;

d.   **Citron:** Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

e.   **Dr. Reddy's**: Chris Costa, Vice President of Sales; Mike Allen, Vice President and Head, Rx Generics; Victor Borelli; Senior Director, National Accounts; Joshua Hudgens, Director of Purchasing; Katherine Neeley, Associate Director; Gunjan Patel, Sales Analyst;

f.   **Glenmark**: Christopher Bihari, Director National Accounts;

g.   **Heritage**: Anne Sather, National Account Manager; Neal O'Mara, National Accounts Manager; Jeffrey Glazer, Chairman and CEO; Jason Malek, Senior Vice President, Commercial Operations; Matthew Edelson, Associate Director, National Accounts;

h.   **Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, Director, National Accounts; Grace Wilks, Director Sales and Marketing; Justin McManus, Director, National Accounts and Sales; Lauren Carotenuto, National Account Representative;

i.   **Mylan**: Richard Isaac, Senior Manager, Strategic Accounts; Joseph Duda, President; Edgar Escoto, National Accounts Director; James Nesta, Vice President of Sales; Lance Wyatt, National Accounts Director; Michael Aigner, Director, National Accounts; John Baranick, Director of Trade Relations; Joseph Zenkus, Vice President, North America Sales and Channel Strategy; Frank Mullery, Senior Director and Controller; Todd Bebout, Vice President, North America Supply Chain Management; Janet Bell, Director, National Accounts;

20

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

Steven Krinke, National Account Manager; Robert O'Neill, Head of Sales Generic North America; Sean Reilly, National Account Manager; John Shane, Trade Relations; Erik Williams, Vice President North America Pricing and Contracts;

j.  **Par**: Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Jon Holden, Vice President of Sales; Karen O'Connor, Vice President, National Accounts; Brent Bumpas, National Account Executive; Lisa Walker, Associate Director; Michael Reiney, Vice President, Sales; Charles "Trey" Propst, Vice President, National Accounts; Warren Pefley, Director, National Accounts;

k.  **Sandoz**: Lisa Badura, Director, National Accounts Sales; Anuj Hasija, Key Account Executive Director; Kirko Kirkov, Key Account Executive Director; Ryan Alan, Associate Director, National Accounts; Sean Walsh, Key Account Manager; James Hendricks, Key Account Executive Director; Della Lubke, Director, National Accounts; David Picard, Vice President, Generic Sales; Christopher Bihari, Director, National Sales; Steve Greenstein, Director, National Accounts;

l.  **Sun**: Daniel Schober, Associate Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive; Steven Smith, Senior Director of Sales; Susan Knoblauch, Senior Manager, Sales;

m.  **Taro**: Anand Shah, Associate Director Sales Operations;

n.  **Teva**: Theresa Coward, Senior Director, National Sales; Sal Cuomo, Trade Account Director; Christopher Doerr, Director, Trade Operations; Daniel Driscoll, Vice President Institutional Sales and Marketing; Jeffrey Herzfeld, Senior Vice President; Jeff McClard, Senior Director, National Accounts; Jessica Peters, Director, National Accounts; Teri Sherman, National Accounts Director; Cassie Dunrud, Associate Director; David Rekenthaler, Vice President, Sales, US Generics; Marc Falkin, Vice President, Marketing, Pricing, and Contract Operations; Nisha Patel, Director; Nick Gerebi, Director National Accounts;

o.  **West-Ward:** Mark Boudreau, Executive Director of National Sales; Jeff Ruhland, Associate Manager, Supply Chain and Warehouse; Joseph Ruhmel, National Account Director; Steven Snyder, National Account Director; and

p.  **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Marc Kikuchi, Senior Vice President, Global Generics; Maria McManus, Corporate Account Manager; Jodi Weber, Corporate Account Manager; Louis Pastor, Senior Director, Trade Operations.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

**GPhA CMC Workshop** – Bethesda North Marriott Hotel, Bethesda, Maryland (June 3-4, 2014)

    a.    **Perrigo:** Richard Stec, Vice President Global Regulatory Affairs; and

    b.    **Taro:** Scott Tomsky, Vice President, Generic Regulatory Affairs, North America; Siva Vaithiyalingam, Director, Regulatory Affairs.

**NACDS 2014 Total Store Expo** – Boston Convention Center, Boston, Massachusetts (August 23-26, 2014):

    a.    **Actavis**: Andrew Boyer, President and CEO, North America Generics; David Buchan, Executive Vice President Commercial, North America Generics and International; Napolean Clark, Vice President of Marketing; Ashley Delponte, Manager, Trade Marketing, Sales and Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Megan Gorman, Senior Marketing Manager; Rob Hooper, Senior Marketing Manager; Randy Hurst, Senior Vice President and General Manager; Christina Koleto, Manager, Pricing Senior; Maureen Meehan; Director National Accounts; Paul Reed, Senior Director, Trade Sales and Development; Richard Rogerson, Senior Director New Products, Business Analytics and Systems; Violet Saakyan, Marketing Manager; Eric Schultz, Senior Marketing Manager; Cindy Stevens, Director of National Accounts; Nancy Baran, Director, Customer Relations; Christopher Boland, Manager, Pharmacy Innovation; Kathleen Conlon, Director, Contract Administration; Mark Devlin, Senior Vice President, Managed Markets; Anthony Giannone, Executive Director, Sales; Christine Maiolo, Associate Director, Sales Operations; David Myers, Senior Manager, Products and Communications; Kaminie Persuad, Sales Coordinator; Michael Reed, Executive Director, Trade Relations; John Sheehan, Director, OTC; Allan Slavsky, Sales Consultant;

    b.    **Apotex**: Carlo Berardi, Sales; Tim Berry, National Account Manager; Gwen Copeland, National Accounts Manager; John Crawford, National Account Director; Sam Boulton, Director of National Accounts; Jeffrey Hampton, Senior Vice President and General Manager, US and Latin America; David Kohler, Vice President and General Manager; Doug Kinna, Sales; Chirag Patel, Marketing Director, National Accounts; Debbie Veira, National Account Manager; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; Tina Kaus, National Account Director; James Van Lieshout, Senior Director, Commercial Operations; Christina De Lima, Marketing Analyst; Jacquelyn Epstein, Tradeshow Coordinator; Chirag Patel; Director, Marketing; Corey Anquetil; Director, Strategic Sales;

    c.    **Aurobindo:** Robert Cunard, CEO; Tim Gustafson, Director, National Accounts; Jon Kerr, Director, National Accounts; Paul McMahon, Senior Director, Commercial Operations; Ramprasad Reddy, Chairman Aurobindo Pharma Ltd;

    d.    **Citron:** Vimal Kavuru, CEO; Laura Short, Vice President, Sales; Karen Strelau, Executive Vice President, Sales and Marketing;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

e. **Dr. Reddy's**: Chris Costa, Vice President of Sales; Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Nimish Muzumdar, Director of Marketing; Larry Knupp, Director of National Accounts; Umang Vohra, Executive Vice President and Head of North America Generics; Jake Austin, Director National Accounts; Stephanie Jomisko, Director, Contracts and Finance; Jeff Jorgenson, Director OTC National Accounts;

f. **Glenmark**: Jim Brown, Vice President, Sales; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; David Irwin, Director, Sales; Robert Matsuk, President, North America; James Grauso, Executive Vice President, North America Commercial Operations; Matt Van Allen, Senior Director, Commercial Operations;

g. **Heritage**: Heather Beem, National Accounts Manager, Institutional; Katie Brodowski, Associate Director Institutional Sales; Matt Edelson, Senior Director of Sales; Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Gina Gramuglia, Commercial Operations; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager;

h. **Lannett**: Justin McManus, Director, National Accounts; Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, National Accounts Manager;

i. **Mayne**: Stefan Cross: President; Gloria Schmidt, Director of National Accounts; Chris Schneider, Executive Vice President, Generic Product Division; Melissa Gardner, National Account Executive;

j. **Mylan**: Anthony Mauro, President; Kevin McElfresh, Executive Director, National Accounts; Joseph Duda, President; Robert Potter, Senior Vice President, National Accounts and Channel Development; Michael Aigner, Director, National Accounts; Gary Tighe, National Accounts Director; Lance Wyatt, National Accounts Director; Michael Scouvart, Head of Marketing North America; John Baranick, Director, Trade Relations; Rameshwan Bhavsar, Manager, Managed Markets; Edgar Escoto, Director, National Accounts; Dawna Johnson, Coordinator, Sales and Marketing; Sherry Korczynski, Vice President, Epipen Marketing; Stephen Krinke, National Account Manager; James Nesta, Vice President, Sales; Heather Paton, Vice President Sales; Sean Reilly, National Account Manager; Tom Theiss, Director, Trade Relations; Kathleen Theiss, Manager;

k. **Par**: Jon Holden, Vice President of Sales; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President, National Accounts; Christine Caronna, Director, National Accounts; Renee Kenney, Senior Advisor, Generic Sales; Lori Minnihan, Manager, Pricing and Analytics; Charles "Trey" Propst, Vice President, National Accounts; Michael Reiney, Vice President, Sales; Jeremy Tatum, Demand Manager; Antonio Pera, Chief Commercial Officer; Michael Altamuro, Vice President, Marketing and Business Analytics; Karen

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

O'Connor, Vice President, National Accounts; Warren Pefley, Vice President, Sales and Marketing; Sandra Bayer, Senior Director, National Accounts; Kelly Bachmeier, Director, National Accounts; Spike Pannell, National Account Manager; Walter Busbee, Director of National Accounts; Darren Hall, Director, National Accounts; Brent Bumpas, National Account Director, Trade; Scott Littlefield, Trade Director, Kevin O'Brien, Senior Director Payer Markets;

l. **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Tom Cotter, Vice President, OTC Marketing; Ori Gutwarg, National Account Executive; Pete Haakenstad, National Account Manager; H. James Booydegraaff, Associate Director, Marketing; Andy Kjeelberg, Vice President, Consumer Healthcare Sales; John Klingenmeyer, Vice President, Consumer Healthcare Sales; Shelley Kocur, Senior Director, Service and Customer Supply Chains; Katie McCormack, National Account Manager; Richard McWilliams, Senior Vice President and General Manager; Kristine Milbocker, Trade Relations Planner; Troy Pelak, Vice President, Consumer Healthcare Sales; Tony Polman, National Account Executive; Neal Wilmore, Vice President Commercial Operations, Animal Health; Michael Yacullo, Vice President, Consumer Healthcare Sales; Tom Zimmerman, Vice President and General Manager; Jon Baker, Vice President, Consumer Healthcare Sales; Doug Boothe, President Generics Division, Impax; Kelly Gillig, International Commercial Operations Manager; Monica Giraldo-Alzate, Assistant Category Manager; Kristine Norman, Account Executive; John Shane, Rx Promotional Analyst;

m. **Sandoz**: Lisa Badura, Director, Key Customers; Christopher Bihari, Director, Key Customers; Steven Greenstein, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Armando Kellum, Vice President, Sales and Marketing; Della Lubke, National Account Executive; Scott Smith, Vice President Sales and Marketing; Arunesh Verma, Executive Director Marketing; Sean Walsh, Director, Key Customers; Kenneth Baker, Director, Managed Markets; Deb King, Associate Director, Reverse Logistics;

n. **Sun**: Susan Knoblauch, Senior Manager, Sales; Grace Shen, Vice President, Marketing; GP Singh Sachdeva, President of Sun Pharmaceuticals, USA; Donna Hughes, National Account Manager; Steven Smith, Senior Director of Sales; Steven Goodman, Director of Generics Marketing; Anand Shah, Director, Strategic Pricing and Marketing; Jolene McGalliard, National Account Manager; Wayne Fallis, Director, National Accounts;

o. **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Scott Brick, Manager, National Accounts; Kevin Kriel, Executive Director, Marketing and Business Development, US and Canada; Christopher Urbanski, Director, Corporate Accounts; Carol Augias, Director, Customer Service; Kirk Edelman, Director, Customer Logistics; Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Michael Perfetto, Chief Commercial Officer Generic Rx OTC;

24

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

p.   **Teva**: David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Nisha Patel, Director of National Accounts; Jocelyn Baker, Director, National Accounts; Jennifer Chang, Director, Marketing; Theresa Coward, Senior Director Sales and Trade Relations; Dan Driscoll, Vice President Institutional Sales and Marketing; Cassie Dunrud, Associate Director, National Accounts; Kayla Kelnhofer, National Account Executive; Tim McFadden, Vice President, Marketing; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Bryan Bart, Product Manager; Christopher Doerr, Senior Director, Trade Operations; Jason Grossman, Associate Director; Jennifer King, Director, New Product Marketing; Jason Nagel, Associate Director; Michelle Osmian, Senior Director Customer Service; John Wodarczyk, Director, Customer Operations;

q.   **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Joel Rosenstack, Senior Director, Marketing; Elizabeth Guerrero, Director, National Accounts; Paul Markowitz, Director, National Accounts; Doug Statler, Senior Director, Head of Sales; Tom Ross, Managed Care Account Manager; and

r.   **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Ganesh Nayak, Chief Operating Officer and Executive Director; Elizabeth Purcell, Senior Director, Marketing and Portfolio Management; Joseph Renner, President and Chief Executive Officer; Kristy Ronco, Vice President, Sales; Maria Bianco-Falcone, Senior Director Contracting.

**LogiPha Supply Chain Conference** – Princeton, New Jersey (September 16-18, 2014)

a.   **Actavis**: Wayne Swanton, Senior Vice President Manufacturing and Supply Chain; Priya Gopal, Associate Director, Strategic Planning;

b.   **Perrigo**: Stuart Glickman, Executive Director Global Logistics; and

c.   **Sandoz**: Davis Mason, Serialization Global Support Lead; Dorris Michele, Director of Supply Chain; Hillel West, Director of Supply Chain.

**HDMA 2014 Annual Board and Membership Meeting** – Montage, Laguna Beach, California (September 27 – October 1, 2014):

a.   **Actavis**: Marc Falkin, Vice President, Marketing, Pricing and Contracts; Andrew Boyer, Senior Vice President, Generic Sales and Marketing;

b.   **Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales-Retail Division; David Rekenthaler, Vice President, US Generic Sales;

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

c.   **Mylan**: John Poulin, Senior Vice President, North America National Accounts, James Nesta, Vice President of Sales;

d.   **Teva**: Maureen Cavanaugh, Chief Operating Officer, Teva US Generics; Christopher Doerr, Director, Trade Operations; David Rekenthaler, Vice President Sales, US Generics; Christine Baeder, Senior Director, Customer Operations; and

e.   **Zydus**: Marc Kikuchi, Senior Vice President, Global Generic Sourcing.

**GPhA Fall Technical Conference** – Bethesda, Maryland (October 27-29, 2014):

a.   **Actavis**: Michael Kimball, Executive Director, Transdermal Development; and

b.   **Teva**: Scott Tomsky, Vice President, Generic Regulatory Affairs, North America.

**NACDS 2014 Foundation and Reception Dinner** – New York, New York (December 3, 2014):

a.   **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Brent Saunders, President, CEO and Chairman; Mark Devlin, Senior Vice President, Managed Markets; Paul Reed, Senior Director, Trade Sales and Development; Michael Reed, Executive Director, Trade Relations;

b.   **Apotex**: James Van Lieshout, Vice President Sales and Senior Director, Commercial Operations; Tim Berry, National Account Manager; Sam Boulton, Director, National Accounts; James Van Lieshout, Vice President, Market Access; Beth Hamilton, Vice President, Marketing and Portfolio Strategy; Jeffrey Hampton, Senior Vice President and General Manager;

c.   **Mylan**: Anthony Mauro, Chief Commercial Officer; Robert Potter, Senior Vice President North America National Accounts and Channel Development; Edgar Escoto, Director, National Accounts; Michael Aigner, Director National Accounts;

d.   **Perrigo**: Christopher Kapral, Senior Vice President, Consumer Healthcare Sales;

e.   **Sandoz**: Armando Kellum, Vice President, Sales and Marketing; Scott Smith, Vice President, Sales and Marketing; and

f.   **Teva**: Theresa Coward, Senior Director of Sales; David Rekenthaler, Vice President, Sales; Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Jessica Peters, Director National Accounts; Christine Baeder, Senior Director, Customer Operations.

**HCSCA National Pharmacy Forum** – Marriott Waterside Hotel and Marina, Tampa, Florida (February 16-18, 2015):

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

a.   **Actavis**: John Fallon, Executive Director of Sales;

b.   **Mylan:** Lee Rosencrance, District Manager; Martin Wingerter, Director of National Accounts; Janet Bell, Director of National Accounts; Mark Pittenger, Senior Director of National Accounts; Cam Bivens, Director of National Accounts; Heather Paton, Vice President, Institutional Sales;

c.   **Teva:** John Fallon, Executive Director, Sales; Brad Bradford, Director of National Accounts; Jeff McClard, Senior Director of National Accounts; Nick Gerebi, Director of National Accounts; and

d.   **West-Ward:** Neal Gervais, National Account Director; Joseph Schrick, Director, National Accounts; Anthony Massaro, Associate Product Manager; Mark Zampella, Director, National Accounts; Brad Bradford, Director of National Accounts.

**ECRM 2015 Retail Pharmacy Efficient Program Planning Session** – Hilton Beach Golf Resort and Spa, Destin, Florida (February 22-25, 2015):

a.   **Actavis**: ███████████████████████████████████████
████████████████████████████████████████████████
████████████████████

b.   **Dr**. **Reddy's:** ████████████████████████████████
████████████████████████████████
████████████████████████████████

c.   **Heritage:** ███████████████████████████████████
██████████████████████████████████████
██████████████████████████████

d.   **Lannett**: ███████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

e.   **Par:** ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

f.  **Perrigo**: ███████████████████████████████████████
████████████████████████████████████████████
███████████████████████

g.  **Sandoz**: ████████████████████████████████████████
████████████████████████████████████████████
██████████ ██ ██ ████████ ██ ████ █ ██ ████
████████████████████████████████████████████
███████████████

h.  **Taro**: █████████████████████████████████████████
██████ █ █████ █ ████ █ ███ █ ████ █ ███
████████████████████████████████████████████
███████████████████

i.  **Teva**: █████████████████████████████████████████
████████████████████████████████████████████
██████████████

j.  **West-Ward**: ███████████████████████████████████
████████████████████████████████████████████
████████████████████████████████and

k.  **Zydus**: ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

**HDMA 2015 Annual CEO Roundtable Fundraiser** – New York, New York (April 14, 2015)

a.  **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Anthony Giannone, Executive Director, Sales;

b.  **Mylan**: Robert Potter, Senior Vice President, National Accounts and Channel Development; Anthony Mauro, Chief Commercial Officer; Robert Tighe, Head of Mylan Pharmaceuticals and Canada; Chrys Kokino, Head of Global Biologics Commercial; Frank Mullery, Head of Commercial Finance; James Nesta, Vice President Sales; David Workman, Vice President Strategic Pricing;

c.  **Par**: Michael Altamuro, Vice President Marketing and Business Analytics; Jon Holden, Vice President of Sales; Paul Campanelli, CEO; Terry Coughlin, Chief Operating Officer; Steve Mock, Corporate Affairs; Joel Morales, Vice President Finance; Antonio Pera, Chief Commercial Officer; Brandon Rockwell, Executive Director, Business;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

d. **Sandoz**: Anuj Hasija, Executive Director, Key Accounts; Victor Moreire, Director Contracts and Analytics; Ted Slack, Senior Director, US Managed Markets, Robert Spina, Vice President, Pricing; and

e. **Teva**:  Christine Baeder, Vice President, Customer Operations; Maureen Cavanaugh, Chief Operating Officer; Christopher Doerr, Senior Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President, US Specialty Medicines Trade Relations; Adam Levitt, Senior Vice President, Global Commercial Operations.

**NACDS 2015 Annual Meeting** – The Breakers, Palm Beach, Florida (April 25-28, 2015):

a. **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Robert Stewart, Chief Operating Officer; Paul Bisaro, Board Member; Jean-Guy Goulet, Regional President, Canada Generics; Michael Reed, Executive Director, Trade Relations; Daniel Motto, Senior Vice President, Global Business Development; Sanjiv Patel, Chief Vice President, Allergan Global Strategic Market; Brent Saunders, President and CEO; Mark Devlin, Senior Vice President, Managed Markets; William Meury, Executive Vice President Branded Pharmaceuticals; Paul Reed, Senior Director, Trade Sales and Development;

b. **Apotex**: Corey Anquetil, Director Strategic Sales, North America; Sam Boulton, Director, National Accounts; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; David Kohler, Vice President and General Manager; Jeremy Desai, President and CEO; Jeffrey Hampton, Senior Vice President and General Manager; Peter Hardwick, Senior Vice President, Sales and Marketing; Steven Lydeamore, President, Global Specialty Pharma; Eric Organ, Vice President, Commercial Operations; James Van Lieshout, Vice President, Market Access; Jeff Watson, Global Generics;

c. **Dr. Reddy's:** Victor Borelli, Vice President and Head, National Accounts, North America Generics; Jinping McCormick, Vice President Rx Marketing, US Generics; Michael Allen, Vice President, Global Pharmaceutical Sourcing; Milan Kalawadia, Vice President, Head of US OTC Division;

d. **Glenmark**: Jim Brown, Vice President, Sales; James Grauso, Executive Vice President;

e. **Mylan**: Robert Potter, Senior Vice President, National Accounts and Channel Development; Rob O'Neill, Head of Sales; Anthony Mauro, Chief Commercial Officer; Robert Tighe, National Accounts Director; John Munson, Vice President Global Accounts; James Nesta, Vice President, Sales;

f. **Par**: Michael Altamuro, Vice President Marketing and Business Analytics; Jon Holden, Vice President of Sales; Antonio Pera, Chief Commercial Officer;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

g.   **Perrigo**: Doug Boothe, President Generics Division, Impax; Scott Jamison, Executive Vice President and General Manager; Christopher Kapral, Senior Vice President, Consumer Healthcare Sales; Mark Walin, Vice President, Consumer Healthcare Sales; John Wesolowski, Acting General Manager; Andy Kjellberg, Vice President, Consumer Healthcare Sales; Jeff Needham, Executive Vice President and General Manager, Consumer Healthcare; Colter Van Stedum, Vice President Rx Strategic Business Alliances, Corporate Development; Michael Yacullo, Vice President, Consumer Healthcare Sales;

h.   **Sandoz**: Peter Goldschmidt, President Sandoz US and Head, North America; Armando Kellum, Vice President, Sales and Marketing; Scott Smith, Vice President, Sales and Marketing; Arunesh Verma, Executive Director, Marketing; Anuj Hasija, Executive Director, Key Accounts; Kirko Kirkov, Executive Director, Key Customers; Gregory Oakes, Vice President and Head, Biopharmaceuticals; Marco Polizzi, Head, Institutional Sales and Marketing;

i.   **Sun**: Steven Smith, Senior Director of Sales; Anand Shah, Director, Strategic Pricing and Marketing; Dan Schober, Vice President, Trade Sales;

j.   **Taro**:  Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Commercial Officer, Generics RX, OTC US and Canada;

k.   **Teva**: Christine Baeder, Senior Vice President, Customer and Marketing Operations; Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Theresa Coward, Senior Director Sales and Trade Relations; Christopher Doerr, Senior Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Teva Canada; Adam Levitt, Senior Vice President, Commercial Operations; Brenden O'Grady, President and CEO, North America; Michael Reid, Vice President, Corporate and Retail Sales;

l.   **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Doug Statler, Senior Director, Head of Sales; Joel Rosenstack, Senior Director, Marketing; and

m.   **Zydus:** Scott Goldy, Director, National Accounts; Kevin Green, National Accounts Manager; Michael Keenley, President; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales.

**HDMA 2015 Business and Leadership Conference** – San Antonio, Texas (June 7-10, 2015):

a.   **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Marc Falkin, Senior Vice President, US Generics; Richard Rogerson, Executive Director, Pricing and Business Analytics, Sales Marketing Generics; Anthony Giannone, Executive Director, Sales;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

b.   **Apotex**: Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; James Crenshaw, Director, National Accounts; Erin Organ, Director of Commercial Operations; Debbie Veira, Manager, National Accounts;

c.   **Dr. Reddy's**: Victor Borelli; Senior Director, National Accounts; Joshua Hudgens, Director of Purchasing; Katherine Neeley, Associate Director; Patricia Wetzel, Senior Director, National Accounts;

d.   **Glenmark**: Christopher Bihari, Director National Accounts;

e.   **Heritage**: Neal O'Mara, National Accounts Manager;

f.   **Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, Director, National Accounts; Grace Wilks, Director Sales and Marketing; Breanna Stillman, Sales Analyst;

g.   **Mylan**: Richard Isaac, Senior Manager, Strategic Accounts; John Baranick, Director of Trade Relations; Todd Bebout, Vice President, North America Supply Chain Management; Robert O'Neill, Head of Generic Sales, North America;

h.   **Par**: Peter Gargiulo, Director, National Accounts; Sandra Bayer, Senior Director, National Accounts; Christopher Neurohr, Director, National Accounts;

i.   **Sandoz:** Arunesh Verma, Executive Director, Marketing; Anuj Hasija, Executive Director, Key Accounts; Kirko Kirkov, Executive Director, Key Customers; Sean Walsh, Key Account Manager; Kenneth Baker, Director, Managed Markets;

j.   **Sun**: Christopher Schoen, Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive;

k.   **Teva**: Theresa Coward, Senior Director, National Sales; Christopher Doerr, Director, Trade Operations; Cassie Dunrud, Associate Director; Andrew Boyer, Senior Vice President, Generic Sales and Marketing; Thomas Boyer, Director, National Accounts; Marc Falkin, Vice President, Marketing, Pricing, and Contracts; Christine Baeder, Vice President, Commercial Operations;

l.   **West-Ward:** Mark Boudreau, Executive Director of National Sales; Joseph Ruhmel, National Account Director; Steven Snyder, National Account Director; and

m.   **Zydus**: Scott Goldy, Director, National Accounts; Marc Kikuchi, Senior Vice President, Global Generics; Maria McManus, Corporate Account Manager; Maria Bianco-Falcone, Senior Director Contracting.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

**NACDS 2015 Total Store Expo** – Denver, Colorado (August 22-25, 2015):

a. **Actavis**: Andrew Boyer, President and CEO, North America Generics; Napolean Clark, Vice President of Marketing; Michael Dorsey, Director of National Accounts; Marc Falkin, Vice President of Purchasing; Megan Gorman, Senior Marketing Manager; Rob Hooper, Senior Marketing Manager; Randy Hurst, Senior Vice President and General Manager; Maureen Meehan; Director National Accounts; Richard Rogerson, Senior Director New Products, Business Analytics and Systems; Kathleen Conlon, Director, Contract Administration; Anthony Giannone, Executive Director, Sales; David Myers, Senior Manager, Products and Communications; Kaminie Persuad, Sales Coordinator; John Sheehan, Director, OTC; Allan Slavsky, Sales Consultant; Richard Rogerson, Senior Director New Products; Alexis Evolga, Manager, Pricing;

b. **Apotex**: Corey Anquetil, Director, Strategic Sales, North America; Michael Bohling, Director, Marketing; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Beth Hamilton, Vice President, Marketing; Jeffrey Hampton, Senior Vice President and General Manager;  Tina Kaus, National Account Director; Ryan Kelly, Manager, National Accounts; Chirag Patel, Director, Marketing; Bob Simmons, National Account Director; Debbie Veira, National Account Manager; Pat Walden, Senior Marketing Manager; Jane Williams, National Account Director; Sam Boulton, Director, National Accounts; Erin Organ, Vice President, Commercial Operations; Olivia Smith, Marketing Communications Coordinator;

c. **Dr. Reddy's**: Victor Borelli, Vice President and Head, National Accounts, North America Generics; Larry Knupp, Director of National Accounts; Jake Austin, Director National Accounts; Jeff Jorgenson, Director OTC, National Accounts; Mila Kalawadia, Vice President, Head of US OTC Division;

d. **Glenmark**: Jim Brown, Vice President, Sales; Jessica Cangemi, Director, Sales and Marketing; Jeff Johnson, Director, Sales and Marketing; Robert Matsuk, President, North America; James Grauso, Executive Vice President, North America Commercial Operations; Sanjeev Krishan, Executive Vice President; Robert Matsuk, President, North America;

e. **Heritage**: Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Gina Gramuglia, Commercial Operations; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager; Ashley O'Rourke, Sales Director;

f. **Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, National Accounts Manager; Michael Bogda, President; Breanna Stillman, Sales Analyst; Grace Wilks, Director, National Accounts;

g. **Mayne**: Chris Schneider, Executive Vice President, Generic Product Division; Melissa Gardner, National Account Executive; Rodney Emerson, Director Pricing and Contracts; Giana Schmidt, Director of National Accounts;

32

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

h.  **Mylan**: Anthony Mauro, President; Kevin McElfresh, Executive Director, National Accounts; Robert Potter, Senior Vice President, National Accounts and Channel Development; Michael Aigner, Director, National Accounts; Gary Tighe, National Accounts Director; Michael Scouvart, Head of Marketing North America; Dawna Johnson, Coordinator, Sales and Marketing; James Nesta, Vice President, Sales; Heather Paton, Vice President Sales; Sean Reilly, National Account Manager; Joe Aigner, Director, National Accounts; Edgar Escoto, Director, National Accounts; Sean Foster, Vice President, North America Marketing; Becky Gamble, Vice President, Managed Markets; John Shane, Director, Trade Relations; Tiffany Till, Senior National Account Trade Show Specialist;

i.  **Par**: Jon Holden, Vice President of Sales; Rick Guillory, Vice President of National Accounts; Gerald Burton, Vice President, National Accounts; Christine Caronna, Director, National Accounts; Renee Kenney, Senior Advisor, Generic Sales; Lori Minnihan, Manager, Pricing and Analytics; Charles "Trey" Propst, Vice President, National Accounts; Michael Reiney, Vice President, Sales; Jeremy Tatum, Demand Manager; Antonio Pera, Chief Commercial Officer; Michael Altamuro, Vice President, Marketing and Business Analytics; Karen O'Connor, Vice President, National Accounts; Warren Pefley, Vice President, Sales and Marketing; Sandra Bayer, Senior Director, National Accounts; Kelly Bachmeier, Director, National Accounts; Spike Pannell, National Account Manager; Walter Busbee, Director of National Accounts; Darren Hall, Director, National Accounts;

j.  **Perrigo**: Pete Haakenstad, National Account Manager; H. James Booydegraaff, Associate Director, Marketing; Katie McCormack, National Account Manager; Tony Polman, National Account Executive; Andrea Felix, National Account Executive; Paul Hoeksema, Manager, Corporate Accounts; John Shane, Rx Promotional Analyst; John Wesolowski, Acting General Manager; Doug Boothe, President, Generic Division; Christopher Karpral, Senior Vice President, Consumer Healthcare Sales; Andy Kjellberg, Vice President Consumer Healthcare Sales; Mark Walin, Vice President Consumer Healthcare Sales; Michael Yacullo, Vice President Consumer Healthcare Sales;

k.  **Sandoz**: Christopher Bihari, Director, Key Customers; Anuj Hasija, Executive Director Key Customers; Scott Smith, Vice President Sales and Marketing; Arunesh Verma, Executive Director Marketing; Sean Walsh, Director, Key Customers; Kenneth Baker, Director, Managed Markets; Kirko Kirkov, Executive Director, Key Customers; Frank Davey, Director; Harmonie Franklin, Director, William Giannone, Associate Director, Key Customers; Jason Jones, Director, Key Customers; Bilal Khan, Director, Key Customers; Della Lubke, National Account Executive; Michele Macchia, Associate Director, Conventions; Tom Parker, Marketing Director; Chad Schwinn, Director, Key Accounts; Andrew Wahba, Associate Director, Key Customers;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

l.  **Sun**: Steven Smith, Senior Director of Sales; Steven Goodman, Director of Generics Marketing; Anand Shah, Director, Strategic Pricing and Marketing; Jolene McGalliard, National Account Manager; Steven Goodman, Director Marketing; Blynda Masters; Director, Customer Service; Dan Schober, Vice President, Trade Sales; Michael Tolusso, Director, Sales;

m.  **Taro**: Ara Aprahamian, Vice President, Sales and Marketing; Scott Brick, Manager, National Accounts; Christopher Urbanski, Director, Corporate Accounts; Carol Augias, Director, Customer Service; Kirk Edelman, Director, Customer Logistics; Alex Likvornik, Senior Director, Strategic Pricing and Marketing; Michael Perfetto, Chief Commercial Officer Generic Rx OTC; John Francis, Vice President, Sales and Marketing; Stephen Jones, Director, Supply Chain; Lisa Pehlke, Director, Corporate Accounts; Richard Trevor, Corporate Accounts Director;

n.  **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Kevin Galowina, Head of Marketing Operations; Jessica Peters, Manager of Corporate Accounts; Nisha Patel, Director of National Accounts; Jocelyn Baker, Director, National Accounts; Theresa Coward, Senior Director Sales and Trade Relations; Cassie Dunrud, Associate Director, National Accounts; Christine Baeder, Senior Vice President, Customer and Marketing Operations; Bryan Bart, Product Manager; Christopher Doerr, Senior Director, Trade Operations; Jason Nagel, Associate Director; Michelle Osmian, Senior Director Customer Service; John Wodarczyk, Director, Customer Operations; Robert Neild, Associate Director, Customer Operations;

o.  **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Sam Goodman, Marketing Manager; Joel Rosenstack, Senior Director, Marketing; Elizabeth Guerrero, Director, National Accounts; Nicki Hanson, Director of Sales, National Accounts; Ernesto Cividanes, Manager, Trade Relations; and

p.  **Zydus**: Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Ganesh Nayak, Chief Operating Officer and Executive Director; Joseph Renner, President and Chief Executive Officer; Kristy Ronco, Vice President, Sales.

**HDMA 2015 Annual Board and Membership Meeting** – Montage, Laguna Beach, California (September 27-29, 2015):

a.  **Apotex**: Beth Hamilton, Director, National Sales; Jeffrey Hampton, Vice President, Commercial Operations; James Van Lieshout, Vice President, Sales, Retail Division; Steve Giuli, Director, Government Affairs;

b.  **Mylan**: James Nesta, Vice President of Sales; Robert Potter, Senior Vice President, North America National Accounts; Anthony Mauro, Senior Vice President, North America; Robert Tighe, Head of Mylan Pharma; and

34

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

    c.    **Teva**: Maureen Cavanaugh, Chief Operating Officer, Teva US Generics; Christine Baeder, Senior Director, Customer Operations; Andrew Boyer, Senior Vice President, Generic Sales; Marc Falkin, Vice President, Marketing and Pricing.

**NACDS 2015 Foundation Reception and Dinner** – New York, New York (December 3, 2015):

    a.    **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Marc Falkin, Vice President, Marketing, Pricing and Contracts; Anthony Giannone, Executive Director, Sales;

    b.    **Apotex**: James Van Lieshout, Vice President, Market Access; Beth Hamilton, Vice President, Marketing and Portfolio Strategy; Jeffrey Hampton, Senior Vice President and General Manager;  Steve Giuli, Director, Government Affairs;

    c.    **Sandoz**: Anuj Hasija, Executive Director, Key Customers; Scott Smith, Vice President, Sales and Marketing; Robert Spina, Vice President, Pricing and Contracts; and

    d.    **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating  Officer North America Generics; Allan Slavsky, Sales Consultant; Christine Baeder, Senior Director, Customer Operations.

**NACDS 2016 Regional Chain Conference** – (February 7-9, 2016):

    a.    **Actavis**: Andrew Boyer, Senior Vice President, Generic Sales, Marketing, National Accounts; Maureen Meehan, Director, National Accounts; and

    b.    **Teva**: Jocelyn Baker, Director, National Accounts; Theresa Coward, Senior Director Sales and Trade Relations.

**MMCAP 2016 National Member Conference** – Minneapolis, Minnesota (April 11-14, 2016):

    a.    **Mylan**: Mark Pittenger, Senior Director of National Accounts;

    b.    **Perrigo**: Pete Hakenstad, National Account Manager;

    c.    **Sandoz**: Christopher Bihari; Director, Key Customers;

    d.    **Teva**: Nick Gerbi, Director National Accounts; and

    e.    **West-Ward**: Elizabeth Guerrero, Director, National Accounts.

**NACDS 2016 Annual Meeting** – Palm Beach, Florida (April 16-19, 2016):

    a.    **Apotex**: Corey Anquetil, Director Strategic Sales, North America; Beth Hamilton, Vice President, Marketing and Portfolio Strategy, Sales and Marketing; David Kohler, Vice President and General Manager; Jeremy Desai, President and CEO;

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

Jeffrey Hampton, Senior Vice President and General Manager; Peter Hardwick, Senior Vice President, Sales and Marketing; Eric Organ, Vice President, Commercial Operations; James Van Lieshout, Vice President, Market Access; Jeff Watson, Global Generics; Steve Giuli, Director, Government Affairs;

b.   **Glenmark**: Jim Brown, Vice President, Sales; James Grauso, Executive Vice President;

c.   **Mylan**: Robert Potter, Senior Vice President, National Accounts and Channel Development; Anthony Mauro, Chief Commercial Officer; Robert Tighe, National Accounts Director; John Munson, Vice President Global Accounts; James Nesta, Vice President, Sales; Michael Aigner, Director, National Accounts; Frank Mullery, Chief Financial Officer, North America;

d.   **Par**: Michael Altamuro, Vice President Marketing and Business Analytics; Jon Holden, Vice President of Sales; Antonio Pera, Chief Commercial Officer; Paul Campanelli, President;

e.   **Perrigo**: Doug Boothe, President Generics Division, Impax; John Wesolowski, Acting General Manager;

f.   **Sandoz**: Peter Goldschmidt, President Sandoz US and Head, North America; Arunesh Verma, Executive Director, Marketing; Anuj Hasija, Executive Director, Key Accounts; Kirko Kirkov, Executive Director, Key Customers; Gregory Oakes, Vice President and Head, Biopharmaceuticals; Christine Miller, Vice President US Development; Scott Smith, Vice President, Sales and Marketing; Robert Spina, Vice President, Pricing and Contracts;

g.   **Sun**: Steven Smith, Senior Director of Sales; Anand Shah, Director, Strategic Pricing and Marketing; Dan Schober, Vice President, Trade Sales;

h.   **Taro**:  Ara Aprahamian, Vice President, Sales and Marketing; Michael Perfetto, Chief Operating Officer, Generics RX, OTC US and Canada; John Francis, Vice President, Sales and Marketing North America;

i.   **Teva**: Christine Baeder, Senior Vice President, Customer and Marketing Operations; Maureen Cavanaugh, Senior Vice President and Chief Operating Office, North America Generics; Christopher Doerr, Senior Director, Trade Operations; Jeffrey Herzfeld, Senior Vice President US Specialty Medicines; Michael Sine, Director, Corporate Account Group; Douglas Sommerville, Senior Vice President and General Manager, Teva Canada; Michael Reid, Vice President, Corporate and Retail Sales; Sigurdur Olafsson, President; Daniel Motto, Senior Vice President, Business Development; Marc Falkin, Senior Vice President, Sales; Andrew Boyer, President North America Generics;

j.   **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; William Otterbein, Account Executive; and

36

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

    k.    **Zydus:** Scott Goldy, Director, National Accounts; Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Joseph Renner, President and Chief Executive Officer; Kristy Ronco, Vice President, Sales; Marc Kikuchi, Senior Vice President, Global Generics.

**HDMA 2016 Business and Leadership Conference** – Colorado Springs, Colorado (June 12-15, 2016):

    a.    **Apotex**: Jeffrey Hampton, Vice President, Commercial Operations; Beth Hamilton, National Sales Director; John Crawford, Director, National Accounts; David Rekenthaler, Vice President, Sales; James Van Lieshout, Vice President, Market Access and Trade Relations;

    b.    **Dr. Reddy's**: Victor Borelli; Senior Director, National Accounts; Jinping McCormick, Vice President, Sales and Marketing; Cynthia Medalle, Head Sales and Marketing, Generics;

    c.    **Glenmark**: Christopher Bihari, Director National Accounts;

    d.    **Heritage**: Anne Sather, Director, National Accounts;

    e.    **Lannett**: Tracy Sullivan, Director, National Accounts; Breanna Stillman, Sales Analyst; Bili Giannone, National Account Representative;

    f.    **Mylan**: Michael Aigner, National Account Director; John Baranick, Director of Trade Relations; Janet Belli, Director, National Accounts; Thomas Boyer, Vice President, Business Development;  Priscilla Lanham, Associate Manager;

    g.    **Par**: Joe Cappello, Director, National Accounts;

    h.    **Sandoz:** Kirko Kirkov, Executive Director, Key Customers; Sean Walsh, Key Account Manager; Joe Hodge, Director, Key Customers; Sanket Shah, Manager, Customer Operations; Jason Jones, Director, Key Customers;

    i.    **Sun**: Christopher Schoen, Vice President, Trade Sales; Scott Littlefield, Trade Director, National Account Executive;

    j.    **Teva**: Theresa Coward, Senior Director, National Sales; Christine Baeder, Vice President, Commercial Operations; Sal Cuomo, Director, Trade Relations, Brand Pharmaceuticals; Nick Gerber, Director, National Accounts;

    k.    **West-Ward:** Joseph Ruhmel, National Account Director; Christopher Bonny, Executive Director, Commercial Business Development; Neal Gervais, Director, National Accounts; John Kline, National Account Director; and

    l.    **Zydus**: Linda Andrews, Chargeback Operations Manager; Maria McManus, Corporate Account Manager; Kevin Green, Associate Vice President, National

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

Accounts; Louis Pastor, Senior Director Trade Operations; Kristy Ronco, Vice President, Sales.

**NACDS 2016 Total Store Expo** – Boston, Massachusetts (August 6-9, 2016):

a.   **Apotex**: Corey Anquetil, Director, Strategic Sales, North America; Michael Bohling, Director, Marketing; Gwen Copeland, Manager, National Accounts; John Crawford, National Account Director; Beth Hamilton, Vice President, Marketing; Jeffrey Hampton, Senior Vice President and General Manager; Tina Kaus, National Account Director; Ryan Kelly, Manager, National Accounts; Chirag Patel, Director, Marketing; Helen Pejnovich, Associate Director, Commercial Operations; Dave Rekenthaler, Vice President, Sales; Bob Simmons, National Account Director; Dena Van Winkle, Marketing Communication Manager; Debbie Veira, National Account Manager; Pat Walden, Senior Marketing Manager; Jane Williams, National Account Director;

b.   **Glenmark**: Jim Brown, Vice President, Sales; Jeff Johnson, Director, Sales and Marketing; Robert Matsuk, President, North America; James Grauso, Executive Vice President, North America Commercial Operations; Robert Matsuk, President, North America;

c.   **Heritage**: Jeffrey Glazer, CEO; Jason Malek, Senior Vice President; Gina Gramuglia, Commercial Operations; Neal O'Mara, National Accounts Manager; Anne Sather, National Account Manager; Katie Brodowski, Associate Director, Institutional Sales; Matthew Edelson, Senior Director of Sales; Michael Aigner, Director, National Accounts;

d.   **Lannett**: Kevin Smith, Vice President Sales and Marketing; Tracy Sullivan, National Accounts Manager; Randy Juan Botero, Senior Associate Director, National Accounts; Breanna Stillman, Sales Analyst; Grace Wilks, Director, National Accounts;

e.   **Mylan**: Anthony Mauro, President; Kevin McElfresh, Executive Director, National Accounts; Robert Potter, Senior Vice President, National Accounts and Channel Development; Michael Scouvart, Head of Marketing North America; James Nesta, Vice President, Sales; Heather Paton, Vice President Sales; Sean Reilly, National Account Manager; Edgar Escoto, Director, National Accounts; John Shane, Director, Trade Relations; Shane Bartolol, Senior Specialist; Kimberley Brooks, Head of Finance; Katelyn Duchardt, National Account Manager; Joseph Duda, President; Kevin McElfresh, Executive Director, National Accounts; Patrick McIntosh, Vice President, Commercial Operations; John Munson, Vice President Global Accounts; Christine Navarro, Senior Director, Marketing; Rob O'Neill, Head of Sales, Generic North America; Robert Tighe, Head of MPA and Canada; Patrick Weaver, Head of Strategic Government Sales; Dave Workman, Vice President, Strategic Pricing; Michael Altamuro, Vice President, Marketing and Business Analytics;

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

m.   **Par**: Gerald Burton, Vice President, National Accounts; Christine Caronna, Director, National Accounts; Antonio Pera, Chief Commercial Officer; Sandra Bayer, Senior Director, National Accounts; Darren Hall, Director, National Accounts; Joe Holden, Vice President, Sales; Nancy Buckingham, Vice President, Marketing;

n.   **Perrigo**: H. James Booydegraaff, Associate Director, Marketing; Katie McCormack, National Account Manager; Tony Polman, National Account Executive; Andrea Felix, National Account Executive; Paul Hoeksema, Manager, Corporate Accounts; John Shane, Rx Promotional Analyst; John Wesolowski, Acting General Manager; Lynn Johnson, National Manager, Trade Relations; Christopher Bihari, Director, Key Customers;

o.   **Sandoz**: Anuj Hasija, Executive Director Key Customers; Scott Smith, Vice President Sales and Marketing; Arunesh Verma, Executive Director Marketing; Sean Walsh, Director, Key Customers; Frank Davey, Director; Harmonie Franklin, Director; Jason Jones, Director, Key Customers; Bilal Khan, Director, Key Customers; Michele Macchia, Associate Director, Conventions; Tom Parker, Marketing Director; Chad Schwinn, Director, Key Accounts; Shakera Ford, Convention Planner; Harmonie Franklin, Director; Julie Kang, Executive Director; Kirko Kirkov, Executive Director, Key Customers; Ludmilla Reina, Director, Key Customers; Yun Shao Taormina, Key Account Manager; Robert Spina, Vice President, Pricing and Contracts; Donna Hughs, National Account Manager;

p.   **Sun**: Jolene McGalliard, National Account Manager; Dan Schober, Vice President, Trade Sales; Michael Tolusso, Director, Sales; Alex Likvornik, Senior Director, Strategic Pricing; Scott Littlefield, Trade Director; Eric Monzon, Senior Director, Market Access; Ara Aprahamian, Vice President, Sales and Marketing;

q.   **Taro**: Scott Brick, Manager, National Accounts; Christopher Urbanski, Director, Corporate Accounts; Carol Augias, Director, Customer Service; Kirk Edelman, Director, Customer Logistics; Michael Perfetto, Chief Commercial Officer Generic Rx OTC; John Francis, Vice President, Sales and Marketing; Stephen Jones, Director, Supply Chain; Lisa Pehlke, Director, Corporate Accounts; Anand Shah, Director, Strategic Pricing and Marketing; Perry Venugopal, Assistant Vice President, Business Development; Christine Baeder, Senior Vice President, Customer and Marketing Operations;

r.   **Teva**: Jessica Peters, Manager of Corporate Accounts; Nisha Patel, Director of National Accounts; Jocelyn Baker, Director, National Accounts; Theresa Coward, Senior Director Sales and Trade Relations; Cassie Dunrud, Associate Director, National Accounts; Bryan Bart, Product Manager; Christopher Doerr, Senior Director, Trade Operations; Jason Nagel, Associate Director; Michelle Osmian, Senior Director Customer Service; John Wodarczyk, Director, Customer Operations; Robert Neild, Associate Director, Customer Operations; Andrew Boyer, President; Salvatore Cuomo, Director, Trade Relations; Michael Dorsey,

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

Director, National Accounts; Marc Falkin, Senior Vice President, Sales; Kevin Galowina, Head of Marketing Operations; Anthony Giannone, Executive Director, Sales; Rob Hooper, Senior Marketing Manager; Christine Maiolo, Associate Director, Sales Operations; Maureen Meehan, Director, National Accounts; Kaminie Persuad, Sales Coordinator; Richard Rogerson, Senior Director, New Products; John Sheehan, Director, OTC; Allan Slavsky, Sales Consultant; Christopher Bonny, Executive Director, Commercial Business Development;

s.   **West-Ward:** Spiro Gavaris, Vice President of Sales and Marketing; Elizabeth Guerrero, Director, National Accounts; Nicki Hanson, Director of Sales, National Accounts; Mark Boudreau, Executive Director, Sales; Karen Andrus, Director of Sales; Yaniel Figueroa, Project Manager; and

t.   **Zydus**: Kevin Green, Associate Vice President, National Accounts; Michael Keenley, President; Marc Kikuchi, CEO Americas; Maria McManus, Corporate Account Manager.

**HDMA 2016 Annual Board and Membership Meeting** – Sulphur Springs, West Virginia (September 25-28, 2016):

a.   **Apotex**: Steve Giuli, Vice President, Government Affairs;  David Rekenthaler, Vice President, Sales;

b.   **Mylan**: John Poulin, Senior Vice President, North America National Accounts, James Nesta, Vice President of Sales; Patrick Weaver, Head of Strategic Government Sales; Robert Tighe, Head of Mylan Pharmaceuticals;

c.   **Teva**: Jessica Peters, Director, Trade Relations; Theresa Coward, Senior Director, Sales and Trade Relations; and

d.   **Zydus**:  Michael Conley, Vice President, Wholesaler Channels.

**NACDS 2016 Foundation Reception and Dinner** – New York, New York (December 3, 2016):

a.   **Apotex**: Sam Boulton, Director, National Accounts; Jeff Watson, President, Global Generics; James Van Lieshout, Vice President, Market Access; Beth Hamilton, Vice President, Marketing and Portfolio Strategy; Jeffrey Hampton, Senior Vice President and General Manager;  John Crawford, National Account Director; Tina Kaus, National Account Director; Steve Giuli, Director, Government Affairs;

b.   **Sandoz**: Gregory Oakes, Vice President and Head, Biopharmaceuticals; Scott Smith, Vice President, Sales and Marketing; Robert Spina, Vice President, Pricing and Contracts;

c.   **Teva**: Maureen Cavanaugh, Senior Vice President and Chief Operating Officer North America Generics; Christine Baeder, Senior Vice President, Customer and

40

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER

IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
EPP COMPLAINT EXHIBIT: TRADE ASSOCIATION ATTENDANCE

Marketing Operations; Theresa Coward, Senior Director, Sales and Trade Relations; Marc Falkin, Senior Vice President, Sales; Anthony Giannone, Executive Director, Sales; and

d.  **Zydus:** Marc Kikuchi, CEO; Joseph Renner, President and CEO; Kristy Ronco, Vice President, Sales; Alex Yakulis, Executive Vice President, Business Development.

PUBLIC VERSION
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER