IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724 |
| | 16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | **Civil Action Nos.** |
| *1199SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | 18-cv-02401 |
| *1199SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | 19-cv-06011 |
| *Cigna Corp. v. Actavis Holdco U.S., Inc.* | 20-cv-02711 |
| *County of Albany v. Actavis Holdco U.S., Inc.* | 21-cv-01875 |
| *County of Westchester v. Actavis Holdco U.S., Inc.* | 21-cv-04474 |
| *CVS Pharmacy Inc. v. Actavis Elizabeth, LLC* | 20-cv-06310 |
| *Health Care Serv. Corp. v. Actavis Elizabeth, LLC* | 19-cv-05819 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 18-cv-03299 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 19-cv-04862 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 20-cv-06303 |
| *In re: Propranolol Cases (End-Payer)* | 16-pp-27242 |
| *In re: Propranolol Cases (Indirect Reseller)* | 16-pp-27243 |
| *J M Smith Corp. v. Actavis Holdco U.S., Inc.* | 20-cv-04370 |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC* | 20-cv-00695 |
| *MSP Recovery Claims, Series LLC v. Actavis Elizabeth LLC* | 20-cv-00231 |

| | |
|---|---|
| *Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | 19-cv-06044 |
| *Rite Aid Corp. v. Actavis Holdco U.S., Inc.* | 20-cv-03367 |
| *United Healthcare Servs., Inc. v. Teva Pharm. USA, Inc.* | 19-cv-05042 |
| *Walgreen Co. v. Actavis Holdco U.S., Inc.* | 20-cv-06258 |
| *West Val Pharmacy v. Actavis Holdco U.S., Inc.* | 18-cv-02533 |
| *Winn-Dixie Stores, Inc. v. Actavis Holdco U.S., Inc.* | 20-cv-06290 |

## ORDER

**AND NOW**, this 22nd day of July 2024, upon consideration of the parties' Joint Stipulation Regarding Private Plaintiffs' Motions for Leave to Amend and Supplement Their Complaints [MDL Doc. No. 3055], it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**